## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ADRIAN L. LARIVIERE, )<br>)<br>PLAINTIFF, )<br>vs. )<br>)<br>)<br>JP MORGAN CHASE BANK NATIONAL )<br>ASSOCIATION, D/B/A CHASE, )<br>)<br>DEFENDANT, ) | Civil Action No. 2:14-00109-JAW |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Adrian Lariviere and Defendant JP Morgan Chase Bank National Association, hereby stipulate that the above-referenced action is dismissed with prejudice, with each party bearing its own legal fees and costs.

Respectfully submitted this 30th day of September, 2014.

| | |
|---|---|
| /s/ Andrea Bopp Stark<br>Andrea Bopp Stark, Esq.<br>Counsel for Plaintiff<br>419 Alfred Street<br>Biddeford, ME 04005-3747<br>207-283-3777 | /s/ Adam J. Shub<br>Adam J. Shub, Esq.<br>Counsel for Defendant<br>P.O. Box 9456<br>Portland, ME 04112-9546<br>(207)791-3000 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30th, 2014, I electronically filed a true and accurate copy of the above document using the CM/ECF system, which will send notification of such filing(s) to all registered parties:

                       By:  /s/ Deana Kariotis
                               Deana Kariotis
                               Molleur Law Office
                               419 Alfred Street
                               Biddeford, ME 04005-3747
                               207-283-3777